# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# STATESVILLE DIVISION
# 5:08CV99-1-MU

| | |
|---|---|
| RAJPUTANA RIDLEY, ) | |
| ) | |
| Plaintiff, ) | |
| Vs. ) | **ORDER** |
| ) | |
| KEITH WHITENER, ) | |
| ) | |
| Defendant. ) | |

**THIS MATTER** comes before the Court upon its own motion.

On August 26, 2008, Plaintiff filed a Complaint pursuant to 42 U.S.C. § 1983 against Keith Widener, the Superintendent of Alexander Correctional Institution. (Doc. No. 1.) After numerous other filings by Plaintiff, on June 18, 2009, Defendant filed a Motion for Summary Judgment and supporting memorandum setting forth various bases for dismissing Plaintiff's Complaint. (Doc. Nos. 52 and 52-2.) On June 22, 2009, this Court issued a Roseboro notice informing Plaintiff that he had thirty days in which to respond to Defendant's Motion for Summary Judgment. On July 22, 2009, Plaintiff filed a motion seeking an extension of time (Doc. No. 54) to respond to the Motion for Summary Judgment in order to seek discovery. Plaintiff also sought a delay in his case to allow him to concentrate on his case once he was released from prison. (Doc. No. 55.) On February 19, 2010, this Court informed Plaintiff that it would not indefinitely stay this action until an unspecified time after Plaintiff's release from prison. Instead, this Court gave Plaintiff thirty days to file a response to Defendant's Motion for Summary Judgment. Instead of filing a

response, Plaintiff filed another motion asking for another extension of time. On April 19, 2010, this Court issued an Order denying Plaintiff's request and informing him that he had until May 19, 2010, in which to respond to the summary judgment motion that has been pending for almost a year. Four days later, this Court received a reply by Plaintiff to Defendant's response to his motion for an extension of time. This Order is meant to alleviate any possible confusion by reiterating that Plaintiff has until May 19, 2010, in which to respond to the Motion for Summary Judgment.

**IT IS, THEREFORE, ORDERED** that Plaintiff's time to respond to Defendant's Motion for Summary Judgment remains May 19, 2010.

Signed: May 3, 2010

Graham C. Mullen
United States District Judge