# United States District Court
## For The Western District of North Carolina
## Statesville Division

RAJPUTANA RIDLEY,

              Plaintiff(s),                      JUDGMENT IN A CIVIL CASE

vs.                                      CASE NO. 5:08CV99-5-RJC

KEITH WHITENER,

              Defendant(s).

DECISION BY COURT. This action having come before the Court by motions and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's August 9, 2011, Order.

              Signed: August 9, 2011

              *Frank G. Johns*

              Frank G. Johns, Clerk
              United States District Court